No. 281.  FRITZE, LUNDT & Co. *v.* ROSELLÓ.—Appeal from the District Court of Mayagüez.  Motion to dismiss the appeal. Decided May 18, 1908.  Appeal dismissed for noncompliance with sections 299 of the Code of Civil Procedure and 50 of the Rules of the Supreme Court.  *Mr. Sama* for petitioner. *Mr. Feliú* for adverse party.

---

No. 266.  NIN *v.* PÉREZ.—Appeal from the District Court of San Juan.  Motion to dismiss the appeal, the amount involved being less than $300.  Decided March 17, 1908.  Motion allowed on the same grounds as in the cases of *American Railroad Co.* v. *Hernández,* June 1, 1905, and *Lind* v. *David et al.,* June 2, 1905.  *Mr. Lasalle* for petitioner.  *Mr. Bosch* for adverse party.

---

No. 288.  ROMÁN *v.* BALDRICH.—Appeal from the District Court of San Juan, Second Section.  Motion to dismiss the appeal.  Decided June 1, 1908.  Appeal dismissed for noncompliance with sections 299 of the Code of Civil Procedure and 50 of the Rules of the Supreme Court.  *Mr. Benítez Castaño* for petitioner.  *Mr. Cayetano Coll Cuchí* for adverse party.

---

No. 296.  DE DIEGO *v.* TOMÁS.—Appeal from the District Court of Guayama.  Motion to dismiss the appeal.  Decided June 15, 1908.  Appeal dismissed for noncompliance with sections 299 of the Code of Civil Procedure and 50 of the Rules of the Supreme Court.  *Mr. José C. Ramos* for petitioner.